IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-20671
Conference Calendar
_____


OLALUMADE BAMIDELE,

                                        Plaintiff-Appellant,

versus

THE CITY OF HOUSTON POLICE
DEPARTMENT; THE CITY OF HOUSTON,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-96-CV-3823
- - - - - - - - - -

June 15, 1999

Before EMILIO M. GARZA, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

    Olalumade Bamidele, Texas prisoner # 684802, appeals from the district court's dismissal of his 42 U.S.C. § 1983 complaint as duplicative and thus malicious. Bamidele asserts for the first time on appeal that he did not receive a complete copy of the district court's order of dismissal. The record does not reflect any attempt by Bamidele to obtain a copy of the order even though he received notice of the court's dismissal and

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

timely filed a notice of appeal.  Bamidele also refers to Fed. R.

Civ. P. 2 and 4, but he has failed to explain how the district court violated these rules.  Fed. R. App. P. 28(a)(8).  Bamidele has not demonstrated that the district court abused its discretion in dismissing his complaint pursuant to 28 U.S.C. § 1915(e).  Bailey v. Johnson, 846 F.2d 1019, 1021 (5th Cir. 1988).  Accordingly, the judgment of the district court is AFFIRMED.